# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> TIBIRI-TABARA, LLC d/b/a KUCARAMAKARA LOUNGE & BAR and CARLOS A. RANGEL, <br><br> *Defendants*. | Civil Action No. 18-cv-8819 <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 26th day of July, 2019,

**ORDERED** that Plaintiff's motion for default judgment (D.E. 13) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Plaintiff's motion is **DENIED** as to Defendant Carlos A. Rangel; and it is further

**ORDERED** that Plaintiff's motion is **GRANTED** as to Defendant Tibiri-Tabara, LLC d/b/a Kucaramakara Lounge & Bar; and it is further

**ORDERED** that judgment is entered against Defendant Tibiri-Tabara, LLC d/b/a Kucaramakara Lounge & Bar in the amount of $3,200; and it is further

**ORDERED** that any motion for attorney's fees and costs must be filed with fourteen (14) days of the entry of this Order.

_____
John Michael Vazquez, U.S.D.J.